*Send-o*

**FILED**
CLERK, U.S. DISTRICT COURT
FEB 13 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  Ronald J Spears  Defendant. | Case No.: ED 12-00042M  ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS  (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Eastern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
violation petition
pretrial services report
_____
_____

1

1      and/ or

2 B. (X) The defendant has not met his/her burden of establishing by clear and
3      convincing evidence that he/she is not likely to pose a danger to the
4      safety of any other person or the community if released under 18 U.S.C.
5      § 3142(b) or (c). This finding is based on the following:
6      _violation petition_____
7      _pretrial services report_____
8
9

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: February 13, 2012

HONORABLE SHERI PYM
United States Magistrate Judge